**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY VERBITSKI                                                                                      PLAINTIFF

v.                                        No. 4:11CV00387 JLH

KUJAWSKI & ASSOCIATES, P.C., f/k/a
KUJAWSKI & NOWAK, P.C.                                                                     DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, the claims of Anthony Verbitski against Robert P. Marcus are dismissed without prejudice.

IT IS SO ORDERED this 17th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE