**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY VERBITSKI                                                                                           PLAINTIFF

v.                                        No. 4:11CV00387 JLH

KUJAWSKI & ASSOCIATES, P.C., f/k/a
KUJAWSKI & NOWAK, P.C.                                                                              DEFENDANT

## ORDER

  Edwin L. Lowther, Jr., and Justin T. Allen, local counsel for the defendant, have filed a motion for admission *pro hac vice* on behalf of Michael Hannigan and Daniel Konicek.  The motion is GRANTED.  Document #9.  Michael Hannigan and Daniel Konicek are hereby admitted to appear before this Court as co-counsel in this action for the defendant.

  IT IS SO ORDERED this 1st day of June, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE