**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ANTHONY VERBITSKI                                                                                      PLAINTIFF

v.                                                   No. 4:11CV00387 JLH

KUJAWSKI & ASSOCIATES, P.C., f/k/a
KUJAWSKI & NOWAK, P.C.                                                                        DEFENDANT

## ORDER

This is a case that originated in the Circuit Court of Pulaski County, Arkansas, and was removed to this Court by the defendants based on diversity of citizenship. Before the action was removed, Kujawski & Associates, P.C., filed a document that included both an answer and a motion to dismiss. After the action was removed, the Clerk of this Court docketed that document as both an answer and as a motion to dismiss. No brief was filed in support of the motion to dismiss as required by Local Rule 7.2(a). Therefore, the motion to dismiss is denied without prejudice. Document #4.

IT IS SO ORDERED this 8th day of August, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE