IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY VERBITSKI                                                    PLAINTIFF

vs.                          NO.  4-11 CV 387 JLH

ROBERT P. MARCUS AND
KUJAWSKI & ASSOCIATES, P.C.,
f/k/a KUJAWSKI & NOWAK, P.C.                                      DEFENDANTS

## ORDER OF DISMISSAL

The Court, having been advised that the parties to this cause of action have compromised and settled their differences and that the plaintiff's complaint and cause of action should be dismissed with prejudice, on motion of the plaintiff.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED:

The plaintiff's complaint and the within cause of action are hereby dismissed with prejudice.

It is so ORDERED this 29th day of March, 2012.

HONORABLE J. LEON HOLMES
U.S. DISTRICT COURT JUDGE

APPROVED AS TO FORM:

James F. Swindoll, No. 77131
Law Offices of James F. Swindoll
Attorneys at Law
212 Center Street, Suite 300
Little Rock, Arkansas  72201
(501) 374-2190

Attorneys for the plaintiff.

And

Mr. Michael Hannigan
Konicek & Dillon
Attorneys at Law
21 West State Street
Geneva, Illinois  60134
(630) 313-2071

Attorneys for the defendant.